# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** February 20, 2020

**CASE OF:** BYRON MCGRAW V. STATE OF FLORIDA

**DOCKET NO.:** SC18-792        **OPINION FILED:** November 27, 2019

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On page 7, "Circuit Court of the Fifteenth Judicial Circuit" has been changed to "County Court of Palm Beach County."

**SIGNED:  OPINION CLERK**

**The corrected hard copy will follow.**